## Commonwealth *v.* Geho, Appellant.

Submitted December 6, 1971. *D. Patrick Zimmerman*, Public Defender, for appellant; *George T. Brubaker*, Assistant District Attorney, and *Clarence C. Newcomer*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gensler, Appellant.

Submitted September 13, 1971. *Frederick S. Wolf*, for appellant; *George E. Christianson*, District Attorney, for Commonwealth, appellee.

Order affirmed.